IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SHAWN JUST,<br><br>  Plaintiff.<br><br>  v.<br><br>PAT COCHRAN, et al.,<br><br>  Defendants. | Case No.: C 13-3271 JSC (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Dkt. Nos. 3, 8, 10) |

  Plaintiff, a California prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 in which he complains about the conditions of his confinement at the California Correctional Center ("C.C.C.") in Susanville, California, where Plaintiff was formerly housed. The Defendants are prison officials located at C.C.C.. Plaintiff is currently housed at the Avenal State Prison.

  When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events occurring at C.C.C., and the responsible officials are located there. C.C.C. is located in Susanville, California, which lies within the venue of the United States District Court for the Eastern District of California.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California. In light of this transfer, ruling on Plaintiff's application to proceed in forma pauperis and motion for appointment of counsel are deferred to the Eastern District.

The Clerk of the Court shall transfer this matter forthwith and terminate docket numbers 3, 8 and 10 from this Court's docket.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE